## People of the State of Illinois, Defendant in Error, v. Lindsey M. James, Plaintiff in Error.

Gen. No. 48,413.

First District, Second Division.

June 30, 1961.

R.

Eugene Pincham and Charles B. Evins, of Chicago, for plaintiff in error; Daniel P. Ward, State's Attorney, Cook County (John T. Gallagher and Leo F. Poch, Assistant State's Attorneys, of counsel), for defendant in error. Opinion by MR. JUSTICE BURKE. Not to be published in full.